UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**KEVIN KAIGLER (#566932)**                               **CIVIL ACTION**

**VERSUS**

                                                          **NO.   18-350-JWD-SDJ**

**JAMES M. LeBLANC, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 24, 2020 (Doc. 23), to which no objection was filed;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 19) is GRANTED and that Kevin Kaigler's claims are DISMISSED, WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the Court declines the exercise of supplemental jurisdiction.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>August 12, 2020</u>.

                                                          _____
                                                          **JUDGE JOHN W. deGRAVELLES**
                                                          **UNITED STATES DISTRICT COURT**
                                                          **MIDDLE DISTRICT OF LOUISIANA**